

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 2-08-364-CV

IN RE OLSHAN FOUNDATION REPAIR                    RELATORS
COMPANY, LLC AND OLSHAN FOUNDATION
REPAIR COMPANY OF DALLAS, LTD.

------------

ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relators' petition for writ of mandamus and motion for emergency relief and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus and motion for emergency relief are denied.

Relators shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

PANEL: GARDNER, J.; CAYCE, C.J.; and DAUPHINOT, J.

DELIVERED: October 2, 2008

---

[1]*See* Tex. R. App. P. 47.4.